IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

IBRAHIM KHOLIL, A# 221-347-160                                        PETITIONER

v.                                                          CIVIL NO. 5:26-cv-205-DCB-RPM

WARDEN R. VERGARA                                                     RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Ibrahim Kholil's (Petitioner's),

Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration

detainee currently housed at the Adams County Correctional Center in Natchez,

Mississippi.

Petitioner names R. Vergara, the Warden of the Adams County Correctional Center,

as the Respondent, along with others.  When a habeas petitioner challenges his present

physical custody, "the proper respondent is the warden of the facility where the [petitioner]

is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld*

*v. Padilla*, 542 U.S. 426, 435 (2004).  After initial review of Petitioner's filings, the Court

finds that the proper Respondent is R. Vergara, Warden of Adams County Correctional

Center and Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is Warden R. Vergara.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

order.  Respondent shall file with his or her answer or other responsive pleading any

---

[1] Petitioner paid the filing fee.

agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.  Respondent may view Petitioner's Memorandum in Support [2] via the Court's CM/ECF System.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 8th day of April, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2